IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| John Doe, | Case No.: 8:21-cv-02481-TDC |
| *Plaintiff*, | |
| vs. | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| THE BOARD OF EDUCATION OF MONTGOMERY COUNTY, *et al.*, | |
| *Defendants*. | |

Plaintiff hereby stipulates to the dismissal of this lawsuit, without prejudice, pursuant to

Rule 41(a)(1)(A)(i).

Respectfully submitted this 29th day of October, 2021, by

__/s/_____
Jennifer Bland Lester
LAW OFFICE OF JENNIFER LESTER
17 W. Jefferson Street, Suite 100
Rockville, Maryland 20850
410-433-3972 (office)
443-408-1037 (facsimile)
jelester@earthlink.net
*Counsel for Plaintiff John Doe*

Joshua Wallace Dixon
CENTER FOR AMERICAN LIBERTY
PO Box 200942
Pittsburgh, PA 15251-0942
703-687-6200 (office)
jdixon@libertycenter.org
*Counsel for Plaintiff John Doe*