## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

JOHN DOE,

    Plaintiff,

    v.

BOARD OF EDUCATION OF
MONTGOMERY COUNTY, *et al.*,

    Defendants.

Civil Action No. TDC-21-2481

## ORDER

On October 29, 2021, John Doe filed a Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). ECF No. 38. The Court having reviewed the Notice, it is hereby ORDERED that this action is dismissed without prejudice.

The Clerk is directed to close this case.

Date: November 1, 2021

THEODORE D. CHUANG
United States District Judge